**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

In re:   Case No.: **21–15430 – LSS**   Chapter: **13**

**Patricia Pryor**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 13 Voluntary Petition Individual Filed by Patricia Pryor . Government Proof of Claim due by 2/22/2022. Chapter 13 Plan and Certificate of Service due by 9/8/2021. Schedule A/B due 9/8/2021. Schedule C due 9/8/2021. Schedule E/F due 9/8/2021. Schedule J due 9/8/2021. Summary of Assets and Liabilities due 9/8/2021.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1 Due 9/8/2021 Incomplete Filings due 9/8/2021 Section 521(i)(1) Incomplete Filing date: 10/12/2021. (Taylor, Kieshonda)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 9/9/21. The address and county are inconsistent for question 5 on the Voluntary Petition.**

CURE: File an amended Voluntary Petition with the correct county listed.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.
Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 8/26/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kieshonda Taylor
301–344–3328

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)