Entered: September 13th, 2021
Signed: September 13th, 2021
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **21–15430 – LSS**   Chapter: **13**

**Patricia Pryor**
Debtor

## ORDER TO SHOW CAUSE
## WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated August 26, 2021, the above–captioned Debtor was admonished to file:

- ☑ Chapter 13 Plan (Local Bankruptcy Form M)
- ☑ Certificate of Mailing Plan to all creditors (Local Bankruptcy Form M–1)
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☑ Summary of Assets and Liabilities, Schedules A/B C E/F J and Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs
- ☐ Other:

within fourteen (14) days. Debtor has failed to comply with said Order. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Greenbelt Division, 6500 Cherrywood Lane, Ste. 300, Greenbelt, Maryland 20770 why this case should not be dismissed, pursuant to 11 U.S.C. § 1307(c), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr

**End of Order**

39x01 (rev. 12/01/2015) – RobertHegerle