Entered: September 13th, 2021
Signed: September 13th, 2021

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **21–15430 – LSS**   Chapter: **13**

**Patricia Pryor**
Debtor

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO PAY INITIAL FILING FEE
## AND OPPORTUNITY FOR HEARING

Initial filing fee installment due in accordance with an Order of this Court is unpaid and overdue, as follows:

| Due Date | Amount |
|---|---|
| September 10, 2021 | $78.00 |

It is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor show cause, if there is any, within fourteen (14) days after the date of entry of this Order, in a writing filed with the Clerk of the Bankruptcy Court, why this case should not be dismissed for failure to pay the initial filing fee installment. Full payment of the initial filing fee installment in the sum of $ 78.00, by the same date shall dissolve this Order. Failure to make this payment within the time allowed, or failure to show cause which the Court considers adequate, or to request a hearing may result in dismissal of this case without further notice, and a refund of attorney's fees.

**NOTE:** Pursuant to Local Bankruptcy Rule 1006–1(a), the Clerk will only accept payment from the Debtor in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of the Debtor's attorney of record. Payments should be made payable to Clerk, U.S. Bankruptcy Court.

cc: Debtor
    Attorney for Debtor – PRO SE
    Case Trustee – Rebecca A. Herr
    Finance

**End of Order**

23x01 (rev. 11/30/2020) – RobertHegerle