Entered: October 26th, 2021
Signed: October 26th, 2021

# DENIED

Movant has not asserted a legal basis for vacating or reconsidering the Dismissal Order [Dkt. No. 29]. See Pacific Ins. Co. v. American Nat. Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998). The Motion to Reconsider [Dkt. No. 36] is denied.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

FILED MAIL 2021 OCT 12 AM 11:59
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

In Re:  Case no. 21--15430

Patricia Pryor  Chapter 13

Debtor

**MOTION TO RECONSIDER**

Comes Now, the above-referenced matter was dimsissed for failure to complete required filings. Enclosed please find required filings.

I pray that Court reopens matter.

Date: 10/7/21

Patricia Pryor

1

IN THE UNTIED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

In Re:                                                                                                     Case no. 21-15430

Patricia Pryor                                                              Chapter 13

Debtor

CERTIFICATE OF SERVICE

I hereby certify that on _____ 21st _____ day of _____ October _____ 2021 a copy of Motion to Reconsider was mailed first class mail, postage prepaid to:

U.S. Trustee

All Creditors

                                                                                                                                               */s/ Patricia Pryor*
                                                                                                                                               Patricia Pryor

[DENIED stamp across document]

1

Transit Credit Union

1810 9th St NE

Washington, DC 20018


Cox Communications

3080 Centreville Rd

Herndon, VA 20171


Cityside Huntington Apartments

6034 Richmond Hwy

Alexandria, VA 22303

DENIED

1