FILED
MAIL

2021 NOV -8 PM 1:55

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN THE UNTIED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

In Re:                                                                                      Case no. 21-15430

Patricia Pryor                                                                       Chapter 13

Debtor

## MOTION TO RECONSIDER

  Comes Now, the above-referenced matter was dimsissed for failure to complete required filings. i was unable to meet deadline as Im dealing with an illness. I have since sent all requested documents. I am requesting a hearing for consideration.

Date:                                                                                  *Patricia Pryor*
                                                                                              Patricia Pryor

1

IN THE UNTIED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

In Re:                                                                               Case no. 21-15430

Patricia Pryor                                                   Chapter 13

Debtor

CERTIFICATE OF SERVICE

I hereby certify that on ____2nd____ day of ___November___ 2021 a copy of Motion to Reconsider was mailed first class mail, postage prepaid to:

U.S. Trustee

All Creditors

*Patricia Pryor* (signature)
Patricia Pryor

1

Transit Credit Union

1810 9th St NE

Washington, DC 20018

Cox Communications

3080 Centreville Rd

Herndon, VA 20171

Cityside Huntington Apartments

6034 Richmond Hwy

Alexandria, VA 22303

Rebecca Herr, Trustee

PO Box 853

Memphis, TN 38101

1